

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Frank D. Whitney
Chief United States District Judge

**From:** Glynis L. Eaton
United States Probation Officer

**Subject:** Charles Emanuel Jackson
DNCW300CR000216-001
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC
SEP 9 2013
US District Court
Western District of NC

---

On 07/23/2001, the defendant was sentenced pursuant to a conviction for Possession of a Firearm During and in Relation to a Drug Trafficking Crime and Possession of a Firearm by Felon. He was ordered to serve seventy (70) months and sixty (60) months consecutive terms of imprisonment, followed by three (3) years each count consecutive of supervised release. His term of supervised release commenced on 06/08/2010. The following property was seized from the defendant during his supervision term: four baggies of marijuana and three rounds of ammunition. These items were seized from the defendant's residence on 02/21/2012. His term of supervised release was revoked on 11/26/2012, and he was ordered to serve thirty-seven (37) months imprisonment with thirty-five (35) months supervised release to follow. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7637, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_9/5/13_____          _[signature]_____
Signature of Judicial Officer                    Date